```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6758
 7      FAX: (415) 436-6753

 8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-08-0660-SI |
|---|---|
| v. | ) STIPULATION AND [PROPOSED]<br>) ORDER DOCUMENTING WAIVER |
| KEVIN LYNCH, | ) |
| Defendant. | ) |

On February 27, 2009, defendant Kevin Lynch appeared with his counsel, Edward Swanson, Esq., before the Court for a status conference. At the request of the parties, the Court continued the matter under March 20, 2009 at 11:00 am in order to provide Mr. Swanson with additional time to investigate and present additional information regarding a possible disposition to the Government, thereby ensuring the effective preparation of counsel, and excluded time under the Speedy Trial Act until March 20, 2009. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from February 27, 2009 to March 20, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1.      The defendant appeared before the Court on February 27, 2009 for a status conference. At this conference, Mr. Swanson indicated that he was pursuing plea discussions with the Government and required additional time in order to investigate further the pending matter and to present such information to the Government.

2.      Because the continuation was granted to allow Mr. Swanson further time to investigate the pending matter, the parties also requested that time be excluded under the Speedy Trial Act from February 27, 2009 to March 20, 2009 to ensure the effective representation of counsel. The defendant personally consented to this request.

3.      Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 27, 2009 to March 20, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation and representation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED:   March 13, 2009            /s/ Edward Swanson
                                   EDWARD SWANSON, ESQ.
                                   Attorney for KEVIN LYNCH

DATED:   March 13, 2009            /s/ W.S. Leung
                                   W.S. WILSON LEUNG
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED:   March ____, 2009          _____
                                   HON. SUSAN ILLSTON
                                   United States District Judge

-2-